ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
**PHILLIPS, SPALLAS & ANGSTADT, LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
(702) 938-1510
(702) 938-1511 (Fax)
rphillips@psalaw.net
mwessel@psalaw.net

*Attorneys for Defendants*
*Sam's West, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BERTHA BARRAZA,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST INC., dba SAM'S CLUB Store #8177; ARILEX TROPICANA ASSOCIATES, LLC; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive.<br><br>Defendant(s). | Case No.: 2:20-cv-01599-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>ECF No. 21 |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, including Arilex

Tropicana Associates, LLC., through their respective counsel of record, that the above-captioned

matter be dismissed with prejudice, each party to bear that

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

party's own costs and attorney's fees.

DATED this 17 day of ~~April~~ May, 2021.

**THE 702 FIRM**

_____

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
JANET L. MERRILL, ESQ.
Nevada Bar No. 10736
400 S. 7th Street, #400
Las Vegas, NV 89101

_Attorneys for Plaintiff_
_Bertha Barraza_

DATED this 17 day of ~~April~~ May, 2021.

**PHILLIPS, SPALLAS & ANGSTADT**

_____

ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
504 South Ninth Street
Las Vegas, Nevada 89101

_Attorneys for Defendant_
_Sam's West, Inc._

## ORDER

Based on the parties' stipulation **[ECF No. 21]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 25, 2021